UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,                  Case No. 15-20388

v.                                                  Honorable Nancy G. Edmunds

GRADY WHITAKER, JR. (D-3)

    Defendant-Petitioner.
_____/

## JUDGMENT

For the reasons stated in the Court's order denying Petitioner's motion to vacate his sentence under 28 U.S.C. § 2255, Petitioner's motion is DENIED.

SO ORDERED.

                                          s/ Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated:  September 26, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 26, 2018, by electronic and/or ordinary mail.

                                          s/ Lisa Bartlett
                                          Case Manager